B
Fee Paid

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 31 2005
CLERK, U.S. DISTRICT COURT
By ______ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JACQUELINE THORNS and THOMAS JOHNSON, | § | |
| Plaintiffs | § | |
| vs. | § | CIVIL ACTION NO. 3 05 CV 0225-B |
| ECKERD CORPORATION, CVS CORPORATION, and CVS PHARMACY, INC., | § | |
| Defendants | § | |

ORIGINAL

**PLAINTIFFS' ORIGINAL COMPLAINT AND JURY DEMAND**

TO THE HONORABLE JUDGE OF SAID COURT:

This is an employment discrimination case brought to redress unlawful race discrimination under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, et seq., and the Civil Rights Act of 1866, 42 U.S.C. § 1981. In support of their claims, Plaintiffs would show the following:

## I. PARTIES, JURISDICTION, AND VENUE

1. Plaintiffs, Jacqueline Thorns ("Thorns") and Thomas Johnson ("Johnson") are citizens and residents of Dallas County, Texas.

2. Defendant Eckerd Corporation ("Eckerd") is a Delaware corporation authorized to do business and doing business in the State of Texas. Eckerd may be served with process upon its registered agent, National Corporate Research, Ltd., 800 Brazos, Suite 1100, Austin, Texas 78701.

3. Defendant CVS Corporation ("CVS Corp.") is an active domestic business corporation authorized to and doing business in the State of Texas. CVS Corp. may be served with process upon its registered agent, Ernest H. Simpson, 400 Dallas Drive, Denton, Texas 76205.

4. Defendant CVS Pharmacy, Inc. ("CVS") is a Rhode Island corporation authorized to and doing business in the State of Texas. CVS may be served with process upon its registered agent, C.T. Corporation Systems, 350 N. St. Paul St., Dallas, Texas 75201. CVS' principle office address is One CVS Drive, Woonsocket, Rhode Island 02895.

5. Upon information and belief, CVS and/or CVS Corp. has/have recently acquired Eckerd.

6. This Court has jurisdiction over Thorns' and Johnson's claims pursuant to 28 U.S.C. §§ 1331 and 1343. The acts alleged herein occurred in Dallas, County, Texas. Plaintiffs are employed in Dallas County and applied for other positions in Dallas County. Venue in this district and division is proper under 28 U.S.C. § 1391 and 42 U.S.C. § 2000e-5(f)(3).

## II. <u>FACTUAL BACKGROUND</u>

7. Plaintiffs are African-American. Plaintiffs are currently employed by Defendants as Store Managers in different stores in Dallas, Texas.

8. Defendants are Plaintiffs' "employer" as that term is defined in 42 U.S.C. § 2000e(b).

9. In March 2003, Plaintiffs were interviewed for open Human Resource Specialist ("HRS") positions. Plaintiffs were qualified for the HRS positions. Despite their qualifications, Plaintiffs were not hired for those positions. At least thirteen other people were hired for the HRS positions. Most, if not all, of those persons working in the HRS positions in April and/or May of 2003 are Caucasian.

10. Jimmy Griffin is one of the persons who interviewed Plaintiffs for the HRS positions. When Griffin informed Plaintiffs that they were not hired for the positions, Griffin never told Plaintiffs that they were not qualified and never mentioned Plaintiffs' qualifications or the qualifications of the persons selected as the reason that Plaintiffs were not hired for the positions. Griffin informed Plaintiffs that they would be considered for other HRS positions if any positions became available in the future.

11. Defendants have hired additional persons into the HRS positions since May 2003. Plaintiffs have never been offered an HRS position.

12. Plaintiffs filed charges of race discrimination with the Equal Employment Opportunity Commission ("EEOC"). After conducting an investigation of Plaintiffs' charges, the EEOC issued a Determination dated September 12, 2004 concluding that the EEOC found reasonable cause to believe that a Title VII violation had occurred with respect to Plaintiffs' claims of race discrimination.

13. After the EEOC's conciliation efforts failed, the EEOC issued Notices of Right to Sue to Plaintiffs dated November 17, 2004. This suit is being filed within ninety (90) days of Plaintiffs' receipt of those notices.

## III. CAUSES OF ACTION

14. Plaintiffs reallege and incorporate the allegations contained in Paragraphs 1 through13 as if fully stated herein.

15. Plaintiffs have satisfied all jurisdictional prerequisites in connection with their claims under Title VII.

16. Defendants' actions in refusing to hire Plaintiffs for the HRS positions constitute unlawful race discrimination in violation of 42 U.S.C. § 2000e-2(a)(1) and 42 U.S.C. § 1981.

17. As a result of Defendants' discriminatory actions, Plaintiffs have suffered and will suffer pecuniary losses, including but not limited to lost wages and other benefits associated with employment.

18. Plaintiffs have also suffered non-pecuniary losses, including but not limited to emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and other non-pecuniary losses. Plaintiffs seek compensatory damages under 42 U.S.C. §§ 1981 and 1981.

19. Defendants' actions were done with malice and/or reckless indifference to Plaintiffs' federally protected rights. Plaintiffs seek punitive damages under 42 U.S.C. §§ 1981 and 1981.

20. Plaintiffs also seek attorneys' fees and costs, including reasonable expert fees, under 42 U.S.C. §§ 1988 and 2000e-5(k).

## IV. <u>JURY DEMAND</u>

Pursuant to FED. R. CIV. P. 38(b), Plaintiffs hereby request a jury trial on all claims and issues in this case.

## V. <u>PRAYER FOR RELIEF</u>

WHEREFORE, Plaintiffs pray that Defendants be summoned to appear and answer, and that, on final trial, judgment be granted against Defendants awarding the following:

a. Back pay, including lost wages and employment benefits;

b. Placement into HRS positions and/or front pay;

c. Compensatory damages;

d. Punitive damages;

e. Pre-judgment and post-judgment interest, as allowed by law;

f. Attorneys' fees and costs of suit, including reasonable expert fees; and

g. Such other and further relief as this Court may deem appropriate.

DATED: Jan. 28, 2005

Respectfully submitted,

GILLESPIE, ROZEN, WATSKY, MOTLEY & JONES, P.C.
3402 Oak Grove Avenue, Suite 200
Dallas, Texas 75204
Phone: (214) 720-2009
Fax: (214) 720-2291

By Susan D. Motley
Susan D. Motley
State Bar No. 24002655

ATTORNEYS FOR PLAINTIFFS

B (BF)

JS 44 (Rev 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

**Jacqueline Thorns and Thomas Johnson**

(b) County of Residence of First Listed Plaintiff Dallas
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Susan D. Motley
GILLESPIE, ROZEN, WATSKY, MOTLEY & JONES, P.C.
3402 Oak Grove Ave, Suite 200 (214) 720-2009
Dallas, Texas 75204

RECEIVED
JAN 31 2005
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## DEFENDANTS

**Eckerd Corporation, CVS Corporation and CVS Pharmacy, Inc.**

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

**3 05 CV 0225 - B**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ❒ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ❒ 2 U.S. Government Defendant
- ❒ 4 Diversity (Indicate Citizenship of Parties in Item III)

ORIGINAL

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❒ 1 | ❒ 1 | Incorporated *or* Principal Place of Business In This State | ❒ 4 | ❒ 4 |
| Citizen of Another State | ❒ 2 | ❒ 2 | Incorporated *and* Principal Place of Business In Another State | ❒ 5 | ❒ 5 |
| Citizen or Subject of a Foreign Country | ❒ 3 | ❒ 3 | Foreign Nation | ❒ 6 | ❒ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ❒ 110 Insurance
- ❒ 120 Marine
- ❒ 130 Miller Act
- ❒ 140 Negotiable Instrument
- ❒ 150 Recovery of Overpayment & Enforcement of Judgment
- ❒ 151 Medicare Act
- ❒ 152 Recovery of Defaulted Student Loans (Excl Veterans)
- ❒ 153 Recovery of Overpayment of Veteran's Benefits
- ❒ 160 Stockholders' Suits
- ❒ 190 Other Contract
- ❒ 195 Contract Product Liability
- ❒ 196 Franchise

**REAL PROPERTY**
- ❒ 210 Land Condemnation
- ❒ 220 Foreclosure
- ❒ 230 Rent Lease & Ejectment
- ❒ 240 Torts to Land
- ❒ 245 Tort Product Liability
- ❒ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ❒ 310 Airplane
- ❒ 315 Airplane Product Liability
- ❒ 320 Assault, Libel & Slander
- ❒ 330 Federal Employers' Liability
- ❒ 340 Marine
- ❒ 345 Marine Product Liability
- ❒ 350 Motor Vehicle
- ❒ 355 Motor Vehicle Product Liability
- ❒ 360 Other Personal Injury

PERSONAL INJURY
- ❒ 362 Personal Injury - Med. Malpractice
- ❒ 365 Personal Injury - Product Liability
- ❒ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ❒ 370 Other Fraud
- ❒ 371 Truth in Lending
- ❒ 380 Other Personal Property Damage
- ❒ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ❒ 441 Voting
- ☑ 442 Employment
- ❒ 443 Housing/ Accommodations
- ❒ 444 Welfare
- ❒ 445 Amer. w/Disabilities - Employment
- ❒ 446 Amer. w/Disabilities - Other
- ❒ 440 Other Civil Rights

**PRISONER PETITIONS**
- ❒ 510 Motions to Vacate Sentence

Habeas Corpus:
- ❒ 530 General
- ❒ 535 Death Penalty
- ❒ 540 Mandamus & Other
- ❒ 550 Civil Rights
- ❒ 555 Prison Condition

**FORFEITURE/PENALTY**
- ❒ 610 Agriculture
- ❒ 620 Other Food & Drug
- ❒ 625 Drug Related Seizure of Property 21 USC 881
- ❒ 630 Liquor Laws
- ❒ 640 R R & Truck
- ❒ 650 Airline Regs.
- ❒ 660 Occupational Safety/Health
- ❒ 690 Other

**LABOR**
- ❒ 710 Fair Labor Standards Act
- ❒ 720 Labor/Mgmt Relations
- ❒ 730 Labor/Mgmt.Reporting & Disclosure Act
- ❒ 740 Railway Labor Act
- ❒ 790 Other Labor Litigation
- ❒ 791 Empl. Ret Inc Security Act

**BANKRUPTCY**
- ❒ 422 Appeal 28 USC 158
- ❒ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ❒ 820 Copyrights
- ❒ 830 Patent
- ❒ 840 Trademark

**SOCIAL SECURITY**
- ❒ 861 HIA (1395ff)
- ❒ 862 Black Lung (923)
- ❒ 863 DIWC/DIWW (405(g))
- ❒ 864 SSID Title XVI
- ❒ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ❒ 870 Taxes (U.S. Plaintiff or Defendant)
- ❒ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ❒ 400 State Reapportionment
- ❒ 410 Antitrust
- ❒ 430 Banks and Banking
- ❒ 450 Commerce
- ❒ 460 Deportation
- ❒ 470 Racketeer Influenced and Corrupt Organizations
- ❒ 480 Consumer Credit
- ❒ 490 Cable/Sat TV
- ❒ 810 Selective Service
- ❒ 850 Securities/Commodities/ Exchange
- ❒ 875 Customer Challenge 12 USC 3410
- ❒ 890 Other Statutory Actions
- ❒ 891 Agricultural Acts
- ❒ 892 Economic Stabilization Act
- ❒ 893 Environmental Matters
- ❒ 894 Energy Allocation Act
- ❒ 895 Freedom of Information Act
- ❒ 900Appeal of Fee Determination Under Equal Access to Justice
- ❒ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- ☑ 1 Original Proceeding
- ❒ 2 Removed from State Court
- ❒ 3 Remanded from Appellate Court
- ❒ 4 Reinstated or Reopened
- ❒ 5 Transferred from another district (specify)
- ❒ 6 Multidistrict Litigation
- ❒ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
**42 U.S.C. § 2000e *et seq.* and 42 U.S.C. § 1981**

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

❒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $** Unliquidated

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☑ Yes ❒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions) JUDGE ______ DOCKET NUMBER ______

DATE Jan. 28, 2005

SIGNATURE OF ATTORNEY OF RECORD Susan D. Motley

FOR OFFICE USE ONLY

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______